

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

USA                          Plaintiff(s),

v.                                                    Case No. 2:08-cr-00481-MCE

LIN, et al

                             Defendant(s).


I, __David M. Finn_____,

attorney for__Rui Yang Lin; Ru Zhu Ren; Bi Xia Ni; Fa Yong Ni; Yun Lin_____

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

83-180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name:          __David Finn, P.C._____

Address:            __2828 North Harwood, Suite 1950_____

City:               __Dallas_____

State:              __Texas_____   ZIP Code: __75201_____

Voice Phone:        (__214_____)__651.1121_____

FAX Phone:          (__214_____)__953.1366_____

Internet E-mail:
                    __judgefinn@davidfinn.com_____

I reside in City:        __Dallas_____   State:   __Texas_____

        I was admitted to practice in the __Texas (state and federal)_____ (court)

on __November 1991_____(date).  I am presently in good standing

and  eligible to practice in said court.  I am not currently suspended or disbarred in any other

court.

PDF created with pdfFactory trial version www.pdffactory.com

I  have **O** / have not **X** concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

_____ _ .

.

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name:        Clemente M. Jimenez _____

Firm Name:        Law Office of Clemente M. Jiménez _____

Address:        816 H Street, Suiite 108 _____

City:        Sacramento _____

State:        California _____   ZIP Code:  95814 _____

Voice Phone:  (  916        )    443.8055_____

FAX Phone:    (  916        )    443.8044_____

E-mail:
 clemente.jimenez@gmail.com _____

Dated:    October 21, 2008 _____        Petitioner:     David Finn_____

**ORDER**

IT IS SO ORDERED.

DATED: October 23, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com