**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 2:08-cr-00481-03-MCE |
| v. | **ORDER** |
| **RUI YANG LIN** _____/ | |

Defendant's Motion to Allow Travel, and same is hereby GRANTED.

**IT IS SO ORDERED.**

**DATED: May 27, 2009**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE